# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

STATE NATIONAL INSURANCE COMPANY,

Plaintiff,

vs.

D&D ROOFING AND SHEET METAL, INC., a Nevada Corporation, and KENDRA, LTD., a Nevada Limited Liability Company,

Defendants.

Case No. 3:19-cv-00385-LRH-WGC

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

The parties, by and through their undersigned counsel, hereby stipulate and agree to dismiss the above-entitled action with prejudice, with each party to bear their own attorneys' fees and costs.

///
///
///
///

1

RESPECTFULLY SUBMITTED this 7th day of February 2020.

CHRISTIAN, KRAVITZ, DICHTER,
JOHNSON & SLUGA, PLLC

By: /s/ Gena L. Sluga
Gena L. Sluga
Nevada Bar No. 9910
8985 Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
*Attorney for Plaintiff*

RICHARD G. HILL, LTD.

By: /s/ R G Hill 2/6/20
Richard G. Hill
Nevada Bar No. 596
652 Forest Street
Reno, Nevada 89509
*Attorneys for Defendants*

## ORDER

IT IS HEREBY ORDERED that this case be, and hereby is, dismissed, with prejudice, with each party to bear their own attorneys' fees and costs.

IT IS SO ORDERED.

DATED this 10th day of February, 2020.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE